# EXHIBIT A

**Mrs.Yuki Williams**
202 Hollywood Street
Valdosta, Georgia 31601
(229)738-2218


Judge Ann M. Donnelly
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201


Dear Judge Ann M. Donnelly,

I am Yuki Williams, wife of Michael Williams and I really need your help. I need my husband to come Michael to come home.He is my backbone, when I first met him I was overweight and there were things I wanted to do but didnt know how to start. He talked to me and taught me things about myself I didn't know. When i got into a terrible car accident he was right by my side. I was laid up for 2 ½ months. He took care of my children that have just become his stepkids. He came to the hospital and helped me as he always does. He fed, bathe, and helped me learn how to walk again. He never gave up on me.

When I got out of the hospital I told Michael that I wanted to move. He asked his father if he could help us buy a house and he did. Michael found a fixer upper and he went from room to room withis bare hands and created US a HOME. I have mental problems and he has always been here to take care of us and without him here we are lost and confused. The kids got jobs to help pay bills. My daughter takes me to all my appointments, but she will rather be doing other things like being a child. I take this medication for my health and mental statics D3(chole) 200UNIT CAP SV Generic for> vitamin d3(chole) 2,000iu cap,gabapentin 600 mg for anxiety/chronic pain, prazosin hcl 5mg cap tev ,aripiprazole 10 mg tab tor generic for> abilify 10mg tab, propranolol 10mg tab par , trazodone 100mg tab zyd, ferrous sulf 325mg tab maj , sertraline 25mg tab leg generic for > zoloft 25mg tab, topiramate 100mg tab UNI generic for> topamax 100mg tab. PLEASE HELP THIS FAMILY, MY FAMILY.

Sincerely,

**Yuki Williams (wife)**